UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
Mendoza, Jasmin § Case No. 17-17636
Mendoza, Christian §
 Debtor(s) §
 §
 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $361,344.00 (Without deducting any secured claims) | Assets Exempt: $91,612.00 |
| Total Distributions to Claimants: $3,040.82 | Claims Discharged Without Payment: $97,526.65 |
| Total Expenses of Administration: $2,659.18 | |

3) Total gross receipts of $5,700.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,700.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $363,121.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $2,659.18 | $2,659.18 | $2,659.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $94,633.00 | $49,585.47 | $49,585.47 | $3,040.82 |
| **TOTAL DISBURSEMENTS** | $457,754.00 | $52,244.65 | $52,244.65 | $5,700.00 |

4) This case was originally filed under chapter 7 on 06/09/2017. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :  05/01/2018         By :  /s/ Elizabeth C Berg
                                  Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Pre-petition 401k loans recoverable as fraudulent transfer | 1249-000 | $5,700.00 |
| **TOTAL GROSS RECEIPTS** | | $5,700.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Freedom Mortgage | | $340,376.00 | NA | NA | $0.00 |
| | JP Morgan Chase | | $22,745.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $363,121.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Baldi Berg, Ltd. | 3120-000 | NA | $1,250.00 | $1,250.00 | $1,250.00 |
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $1,320.00 | $1,320.00 | $1,320.00 |
| Elizabeth C. Berg, Trustee | 2200-000 | NA | $29.18 | $29.18 | $29.18 |
| Texas Capital Bank | 2600-000 | NA | $60.00 | $60.00 | $60.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,659.18 | $2,659.18 | $2,659.18 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00017 | Portfolio Recovery Associates, | 7100-000 | $900.00 | $1,099.77 | $1,099.77 | $67.44 |
| 00016 | Portfolio Recovery Associates, | 7100-000 | $1,101.00 | $1,459.79 | $1,459.79 | $89.52 |
| 00015 | Portfolio Recovery Associates, | 7100-000 | $702.00 | $791.58 | $791.58 | $48.54 |
| 00014 | Portfolio Recovery Associates, | 7100-000 | $2,813.00 | $3,269.51 | $3,269.51 | $200.50 |
| 00013 | Quantum3 Group LLC as agent | 7100-000 | $751.00 | $914.62 | $914.62 | $56.09 |
| 00012 | Quantum3 Group LLC as agent | 7100-000 | $612.00 | $759.76 | $759.76 | $46.59 |
| 00011 | Quantum3 Group LLC as agent | 7100-000 | $3,696.00 | $4,055.40 | $4,055.40 | $248.70 |
| 00010 | Quantum3 Group LLC as agent | 7100-000 | $886.00 | $1,059.22 | $1,059.22 | $64.96 |
| 00009 | PYOD, LLC its successors and | 7100-000 | $800.00 | $823.88 | $823.88 | $50.52 |
| 00008 | MERRICK BANK Resurgent | 7100-000 | $2,563.00 | $3,097.10 | $3,097.10 | $189.93 |
| 00007 | TD Bank, USA by American | 7100-000 | $634.00 | $842.42 | $842.42 | $51.66 |
| 00006 | Capital One, N.A. c/o Becket and | 7100-000 | $464.00 | $547.00 | $547.00 | $33.54 |
| 00005 | Capital One Bank (USA), N.A. | 7100-000 | $2,500.00 | $2,815.19 | $2,815.19 | $172.64 |
| 00004 | Capital One Bank (USA), N.A. | 7100-000 | $7,013.00 | $7,308.94 | $7,308.94 | $448.22 |
| 00003 | Capital One Bank (USA), N.A. | 7100-000 | $6,276.00 | $8,098.42 | $8,098.42 | $496.63 |
| 00002 | Discover Bank Discover Products | 7100-000 | $5,487.00 | $6,073.23 | $6,073.23 | $372.45 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001 | Discover Bank Discover Products | 7100-000 | $6,453.00 | $6,569.64 | $6,569.64 | $402.89 |
| | Bank of America | | $1,500.00 | NA | NA | $0.00 |
| | Barcay Card Services | | $1,350.00 | NA | NA | $0.00 |
| | Barclay Card Series | | $5,556.00 | NA | NA | $0.00 |
| | Express | | NA | NA | NA | $0.00 |
| | Lexus Financial Services | | $36,000.00 | NA | NA | $0.00 |
| | Prefered Credit Inc. | | $5,602.00 | NA | NA | $0.00 |
| | US Bank | | $974.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $94,633.00 | $49,585.47 | $49,585.47 | $3,040.82 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| Case No: 17-17636 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
| Case Name: Mendoza, Jasmin | | Date Filed (f) or Converted (c): 06/09/2017 (f) |
| Mendoza, Christian | | 341(a) Meeting Date: 07/10/2017 |
| For Period Ending: 05/01/2018 | | Claims Bar Date: 11/06/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 1160 Prairie Point Dr. | 360,000.00 | 0.00 | | 0.00 | FA |
| 2. 2015 Honda Civic SI | 18,150.00 | 0.00 | | 0.00 | FA |
| 3. household furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Televisions | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Golf clubs | 100.00 | 0.00 | | 0.00 | FA |
| 6. 3 firearms | 600.00 | 0.00 | | 0.00 | FA |
| 7. necessary wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. misc. jewelry | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 10. Checking JP Morgan Chase | 50.00 | 0.00 | | 0.00 | FA |
| 11. Checking JP Morgan Chase | 550.00 | 0.00 | | 0.00 | FA |
| 12. 401(k) VanGuard 401(k) | 50,122.00 | 0.00 | | 0.00 | FA |
| 13. 401(k) Empowerment Retirement 401(k) | 18,284.00 | 0.00 | | 0.00 | FA |
| 14. Pre-petition 401k loans recoverable as fraudulent transfer (u) | 9,000.00 | 5,700.00 | | 5,700.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 461,956.00 | 5,700.00 | | 5,700.00 | 0.00 |

Re Prop. #14   Trustee settled with Debtors pursuant to this Court's order dated 8/25/17 [dkt 26 ] for recovery of $5,700 over 5 months.

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**April 20, 2018: Trustee's Final Report in this case was approved in March 2018 and Trustee disbursed all funds on hand. Trustee is now ready to close her case and will submit her Trustee's Distribution Report to the UST for**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-17636 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
| Case Name: | Mendoza, Jasmin | | | Date Filed (f) or Converted (c): | 06/09/2017 (f) |
| | Mendoza, Christian | | | 341(a) Meeting Date: | 07/10/2017 |
| For Period Ending: | 05/01/2018 | | | Claims Bar Date: | 11/06/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

approval.

January 11, 2018: Trustee received final installment payment from Debtors. Trustee is in the process of reviewing claims and will prepare her Final Report for submission to the UST for approval.

September 30, 2017:  Trustee reached settlement with Debtors regarding their voluntary repayment of 401(k) loans.  Trustee is collecting installments and anticipates closing the case in 2018.

**Initial Projected Date of Final Report(TFR) :** 06/30/2018        **Current Projected Date of Final Report(TFR) :** 06/30/2018

**Trustee's Signature**    /s/Elizabeth C Berg        **Date:** 05/01/2018
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-17636 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | Mendoza, Jasmin | | Bank Name: | Texas Capital Bank |
| | Mendoza, Christian | | Account Number/CD#: | ******5310 Checking Account |
| Taxpayer ID No: | **-***0800 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 5/1/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/30/2017 | [14] | Jasmin Mendoza<br>1160 Prairie Pointe Dr<br>South Elgin, IL 60177 | Settlement for Pre-petition Loan Repayments Approved by Court Dated August 25, 2017 [dkt 26] Initial Payment (1 of 5) | 1249-000 | 1,140.00 | | 1,140.00 |
| 09/27/2017 | [14] | Jasmin Mendoza<br>1160 Prairie Pointe Dr<br>South Elgin, IL 60177 | Settlement for Pre-petition Loan Repayments Approved by Court Dated August 25, 2017 [dkt 26] Payment (2 of 5) | 1249-000 | 1,140.00 | | 2,280.00 |
| 10/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 2,265.00 |
| 10/26/2017 | [14] | Jasmin Mendoza<br>1160 Prairie Pointe Dr<br>South Elgin, IL 60177 | Settlement - Pre-Petition Loan Repayments Approved by Court Dated August 25, 2017 [dkt 26] Payment (3 of 5) | 1249-000 | 1,140.00 | | 3,405.00 |
| 11/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 3,390.00 |
| 12/01/2017 | [14] | Jasmin Mendoza<br>1160 Prairie Pointe Dr<br>South Elgin, IL 60177 | Settlement for Pre-petition Loan Repayments Approved by Court Dated August 25, 2017 [dkt 26] Payment (4 of 5) | 1249-000 | 1,140.00 | | 4,530.00 |
| 12/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 4,515.00 |
| | | | | Page Subtotals | 4,560.00 | 45.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No: | 17-17636 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | Mendoza, Jasmin | | Bank Name: | Texas Capital Bank |
| | Mendoza, Christian | | Account Number/CD#: | ******5310 Checking Account |
| Taxpayer ID No: | **-***0800 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 5/1/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/02/2018 | [14] | Jasmin Mendoza<br>1160 Prairie Pointe Dr<br>South Elgin, IL 60177 | Settlement for Pre-petition Loan Repayments Approved by Court Dated August 25, 2017 [dkt 26] Payment (5 of 5) | 1249-000 | 1,140.00 | | 5,655.00 |
| 01/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 5,640.00 |
| 03/27/2018 | 51001 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Compensation | 2100-000 | | 1,320.00 | 4,320.00 |
| 03/27/2018 | 51002 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee Expenses | 2200-000 | | 29.18 | 4,290.82 |
| 03/27/2018 | 51003 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | Attorney for Trustee Fees | 3120-000 | | 1,250.00 | 3,040.82 |
| 03/27/2018 | 51004 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054 | Disb of 6.13% to Claim #00001 | 7100-000 | | 402.89 | 2,637.93 |
| 03/27/2018 | 51005 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054 | Disb of 6.13% to Claim #00002 | 7100-000 | | 372.45 | 2,265.48 |
| | | | | Page Subtotals | 1,140.00 | 3,389.52 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 17-17636 | Trustee Name: Elizabeth C Berg |
| Case Name: Mendoza, Jasmin | Bank Name: Texas Capital Bank |
| Mendoza, Christian | Account Number/CD#: ******5310 Checking Account |
| Taxpayer ID No: **-***0800 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 5/1/2018 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/27/2018 | 51006 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272 | Disb of 6.13% to Claim #00003 | 7100-000 | | 496.63 | 1,768.85 |
| 03/27/2018 | 51007 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272 | Disb of 6.13% to Claim #00004 | 7100-000 | | 448.22 | 1,320.63 |
| 03/27/2018 | 51008 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272 | Disb of 6.13% to Claim #00005 | 7100-000 | | 172.64 | 1,147.99 |
| 03/27/2018 | 51009 | Capital One, N.A. c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | Disb of 6.13% to Claim #00006 | 7100-000 | | 33.54 | 1,114.45 |
| 03/27/2018 | 51010 | TD Bank, USA by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Disb of 6.13% to Claim #00007 | 7100-000 | | 51.66 | 1,062.79 |
| 03/27/2018 | 51011 | MERRICK BANK Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603 | Disb of 6.13% to Claim #00008 | 7100-000 | | 189.93 | 872.86 |
| 03/27/2018 | 51012 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Disb of 6.13% to Claim #00009 | 7100-000 | | 50.52 | 822.34 |
| | | | | Page Subtotals | 0.00 | 1,443.14 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-17636 | Trustee Name: | Elizabeth C Berg |
| Case Name: | Mendoza, Jasmin | Bank Name: | Texas Capital Bank |
| | Mendoza, Christian | Account Number/CD#: | ******5310 Checking Account |
| Taxpayer ID No: | **-***0800 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 5/1/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/27/2018 | 51013 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083 | Disb of 6.13% to Claim #00010 | 7100-000 | | 64.96 | 757.38 |
| 03/27/2018 | 51014 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083 | Disb of 6.13% to Claim #00011 | 7100-000 | | 248.70 | 508.68 |
| 03/27/2018 | 51015 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083 | Disb of 6.13% to Claim #00012 | 7100-000 | | 46.59 | 462.09 |
| 03/27/2018 | 51016 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083 | Disb of 6.13% to Claim #00013 | 7100-000 | | 56.09 | 406.00 |
| 03/27/2018 | 51017 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (PAYPAL EXTRAS MASTERCARD)<br>PO Box 41067<br>Norfolk, VA 23541 | Disb of 6.13% to Claim #00014 | 7100-000 | | 200.50 | 205.50 |
| | | | | Page Subtotals | 0.00 | 616.84 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-17636 | Trustee Name: | Elizabeth C Berg |
| Case Name: | Mendoza, Jasmin | Bank Name: | Texas Capital Bank |
| | Mendoza, Christian | Account Number/CD#: | ******5310 Checking Account |
| Taxpayer ID No: | **-***0800 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 5/1/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/27/2018 | 51018 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank(Old Navy) PO Box 41067 Norfolk, VA 23541 | Disb of 6.13% to Claim #00015 | 7100-000 | | 48.54 | 156.96 |
| 03/27/2018 | 51019 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (AMAZON.COM STORE CARD) PO Box 41067 Norfolk, VA 23541 | Disb of 6.13% to Claim #00016 | 7100-000 | | 89.52 | 67.44 |
| 03/27/2018 | 51020 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY Bank (TOYS R US) PO Box 41067 Norfolk, VA 23541 | Disb of 6.13% to Claim #00017 | 7100-000 | | 67.44 | 0.00 |

|  |  |  |
|---|---:|---:|
| Page Subtotals | 0.00 | 205.50 |
| **COLUMN TOTALS** | 5,700.00 | 5,700.00 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 5,700.00 | 5,700.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 5,700.00 | 5,700.00 |

UST Form 101-7-TDR (10/1/2010) (Page 12)                               **Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-17636 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | Mendoza, Jasmin | Bank Name: | Texas Capital Bank |
| | Mendoza, Christian | Account Number/CD#: | ******5310 Checking Account |
| Taxpayer ID No: | **-***0800 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 5/1/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | All Accounts Gross Receipts: | 5,700.00 | **TOTAL-ALL ACCOUNTS** | | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| | All Accounts Gross Disbursements: | 5,700.00 | ******5310 Checking Account | | 5,700.00 | 5,700.00 | |
| | All Accounts Net: | 0.00 | **Net Totals** | | 5,700.00 | 5,700.00 | 0.00 |